**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN B. DUNCAN, | No. 22-02742 (SDW)(CLW) |
| Plaintiff, | |
| v. | **ORDER** |
| SACOR FINANCIAL, INC. and COLE SCHOTZ, P.C., | |
| Defendants. | November 4, 2022 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on October 19, 2022, by Magistrate Judge Cathy L. Waldor ("Judge Waldor"), (D.E. 17), recommending that Plaintiff Warren B. Duncan's ("Plaintiff") Motion to Remand, (D.E. 4), be GRANTED, that this case be remanded for all further proceedings to the Superior Court of New Jersey, Law Division, Sussex County, and that the Clerk of the Court be directed to terminate this matter.  This Court has reviewed the reasons set forth by Judge Waldor in the R&R.[1]  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Waldor, (D.E. 17), is **ADOPTED** as the conclusions of law of this Court.  Plaintiff's Motion to Remand, (D.E. 4), is hereby **GRANTED**, this case shall be remanded to the Superior Court of New Jersey, Law Division, Sussex County, and the Clerk of the Court is hereby directed to terminate this matter.

**SO ORDERED**.

---

[1] No objections to the Report and Recommendation have been filed.

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Cathy L. Waldor, U.S.M.J.